UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAWOS AMOKHAN,

Petitioner,

v.

TODD BLANCHE et al,

Respondents.

CASE NO. 2:26-cv-04360-TL

ORDER ON MOTION TO APPOINT COUNSEL

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has filed a motion seeking appointment of counsel in this matter. Dkt. No. 4. The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

(1) The Court is in receipt of a motion from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). *See id*. Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C.

§ 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated financial eligibility for such appointment. *See id.* Accordingly, Petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents.

Dated this 10th day of November, 2026.

Tana Lin
United States District Judge